IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| DENNIS KELLY SMITH, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | 3:03-cv-365 |
| | ) | |
| EDDIE SHOFFNER, *et al.*, | ) | |
|     Defendants. | ) | |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the motion for summary judgment filed by the defendants [ECF# 19] is **GRANTED** and plaintiffs' claims against the defendants are hereby **DISMISSED**.

    **ENTER:**

                                              s/ Thomas W. Phillips
                                          **UNITED STATES DISTRICT JUDGE**