UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DENNIS KELLY SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:03-CV-365 |
| ) | (Phillips) |
| EDDIE SHOFFNER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the good cause stated, the parties' joint motion to consider settlement [Doc. 61] is **GRANTED.** The court hereby accepts remand of this case from the Sixth Circuit Court of Appeals to review the minor's settlement.

Once the case is remanded to this court, the parties are **DIRECTED** to file the proposed settlement documents for the court's review.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge